# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE MANUEL BENEGAS-RODRIGUEZ | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   5:25-CR-00035-001<br>USM No.   35343-408<br><br>BYRON L. CONWAY, JR.<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1 and 2   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from violation of the law in violation of the mandatory conditions of supervision. On or about May 20, 2025, he committed the offense of Illegal Reentry. | May 20, 2025 |
| 2 | The defendant failed to refrain from violation of the law in violation of a special condition of supervision by re-entering the United States without legal authorization. | May 20, 2025 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   N/A

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:
Butts County Detention Center
835 Ernest Biles Drive
Jackson, GA  30233

December 16, 2025
_Date of Imposition of Judgment_

s/ Marc T. Treadwell
_Signature of Judge_

MARC T. TREADWELL
U.S. DISTRICT JUDGE
_Name and Title of Judge_

12/18/2025
_Date_

DEFENDANT: Jose Manuel Benegas-Rodriguez
CASE NUMBER: 35343-408

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twelve (12) months this case with six (6) months to be served consecutively and six (6) months to be served concurrently to the sixteen (16) month term of imprisonment imposed this date in 5:25-CR-25 (MTT) date for a TOTAL TERM OF IMPRISONMENT of twenty-two (22) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL